# OPÍNIONES PER CURIAM, ETC., DESDE JULIO 18, 1903, HASTA DICIEMBRE 16, 1903.

No. 45. MOURAILLE v. ARGÜESO.—Apelación procedente de la Corte de Distrito de San Juan.. Resuelto en Julio 18, 1903. Desistido á instancias de la parte apelante. Abogado del apelante: *Sr. Cuevillas.* Abogado del apelado: *Sr. López Landrón.*

No. 9. BAS v. EL PUEBLO.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Octubre 5, 1903. Se declaró desierto el recurso por no haber comparecido la parte apelante.

No. 4. ARGÜESO ET AL. v. MÜLLENHOFF & KÖRBER.—Solicitud para que se expida auto de Mandamus. Resuelto en Octubre 5, 1903. Denegada la solicitud. Abogado de los demandantes: *Sr. López Landrón.*

No. 38. BENGOA v. TORO.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Octubre 5, 1903. Desistido á instancias de la parte apelante. Abogado del apelante: *Sr. Ramirez Vigo.*

No. 62. FERNÁNDEZ v. BAUZÁ. — Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Octubre 5, 1903. Se declaró desierto el recurso interpuesto por no haber comparecido la parte apelante. Abogado del apelado: *Sr. Ramirez Vigo.*